UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re                                    :
                                         :   Chapter 7
LISA SCHIFF,                             :
                                         :   Case No. 24-10010-dsj
                          Debtor.        :

--------------------------------------------------------x

**PHILLIPS AUCTIONEERS LLC'S DECLARATION AND REPORT OF SALE IN
CONNECTION WITH THE DESIGN SALE CONDUCTED ON DECEMBER 11, 2024
ON BEHALF OF YANN GERON, CHAPTER 7 TRUSTEE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                  :          Chapter 7
                                                       :
LISA SCHIFF,                                            :          Case No. 24-10010 (DSJ)
                                                       :
                                Debtor.                :
-----------------------------------------------------------------x


**DECLARATION OF JENNIFER JONES TO ACCOMPANY FIRST REPORT OF SALE
PURSUANT TO LOCAL RULE 6004-1(g)**

        **JENNIFER JONES** declares the following under the penalties of perjury pursuant to 11

U.S.C.§ 1746:

        1.        I am **SENIOR DIRECTOR, PROFESSIONAL & ADVISOR SERVICES** at

Phillips Auctioneers LLC ("Phillips"), with offices located at 432 Park Avenue, New York, New

York 10022, and submit this declaration pursuant to Local Rule 6004-1(g) in connection with

Phillips' First Report of Sale (the "Sale Report") in connection with the above-captioned Chapter

7 bankruptcy case of Lisa Schiff ("Schiff").

        2.        Phillips is an international auction house specializing in the sale of fine arts and

antiques since 1796.

        3.        Phillips was formerly licensed by the New York City Department of Consumer and

Worker Production and operated with the auction license number 2013224. As of June 15, 2022,

auctioneers and auction houses no longer need a license to operate.

        4.        Pursuant to the Auction Agreements approved by the *Order Authorizing The*

*Trustees To Retain Phillips Auctioneers LLC As Their Auctioneer Under The Terms Of Certain*

*Proposed Auction Agreements, Pursuant To 11 U.S.C. §§ 327 And 328 And Fed. R. Bankr. P. 2014*

*And 6005; Approving The Auction Agreements And Authorizing Phillips Auctioneers LLC, As*

1

24-10010-dsj   Doc 90   Filed 01/29/25   Entered 01/29/25 15:51:41   Main Document
Pg 3 of 6

*Trustees' Retained Auctioneer, To Sell, By Way Of One Or More Public Auctions, Private Sales Or Other Transactions, Certain Artworks Constituting Property Of The Debtors' Estates, Free And Clear Of All Liens, Claims, Encumbrances And Interests, Pursuant To 11 U.S.C. § 363(b), (f) And (m); And Granting Related Relief*, entered on September 26, 2024 [Schiff ECF No. 64], Phillips conducted an auction on Wednesday, December 11th, 2024 on behalf of Yann Geron, as Chapter 7 trustee (the "Schiff Trustee") in the Schiff Chapter 7 case, as set forth in the Sale Report attached hereto as Exhibit A.

5.      The auction to which the Sale Report and this Declaration relates, is set forth in the Sale Report.

6.      Upon information and belief, the labor and other expenses incurred on behalf of the Schiff Trustee, as listed in the Sale Report, were reasonable and necessary.

7.      Upon information and belief, the gross proceeds of sale, expenses, fees paid to Phillips, and the net proceeds remitted to the Schiff Trustee are each set forth in the Sale Report.

8.      Upon information and belief, Phillips collects applicable sales taxes from each buyer of a lot in accordance with the applicable tax laws in each destination location.

9.      I declare under the penalty of perjury that the foregoing is true and correct.

2

Executed on _Jan 21_, 2025.

Name _Jennifer Jones_

Title _SVP. Professional Advisor Services_

# EXHIBIT A

| Lot # | Lot Artist Name | Lot Title | Hammer Price | Full Buyer's Premium | Hammer+Buyer's Premium | Enhanced Hammer (5%) | Client Gross Sale Proceeds | Shipping Cost | Client Net Sale Proceeds | Settlement Date | Total Amt Paid to the Trustee | Total Amt Pending to be Paid to the Trustee | Phillips Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HP+BP | | HP+EH | | HP + EH minus Costs | | | | |
| 204 | Katie Stout | Double Girl Floor Lamp | $ 30,000.00 | $ 8,100.00 | $ 38,100.00 | $ 1,500.00 | $ 31,500.00 | $ 28.19 | $ 31,471.81 | Paid 1/3/2025 | $ 31,471.81 | $ - | $ 6,600.00 |
| | | | | | | | | | | | $ 31,471.81 | $ - | |